1  **BRYAN CAVE LLP**
   James Goldberg, California Bar No. 107990
2  Thomas E. Nanney, California Bar No. 214342
   Two Embarcadero Center, Suite 1410
3  San Francisco, CA 94111-3907
   Telephone:    (415) 675-3400
4  Facsimile:    (415) 675-3434
   Email:        james.goldberg@bryancave.com
5                tom.nanney@bryancave.com

6  **BRYAN CAVE LLP**
   Robert E. Boone III, California Bar No. 132780
7  120 Broadway, Suite 300
   Santa Monica, CA 90401-2386
8  Telephone:    (310) 576-2100
   Facsimile:    (310) 576-2200
9  Email:        reboone@bryancave.com

10 Attorneys for Defendant
   COUNTRYWIDE HOME LOANS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO RAMIREZ, | Case No. 2:09-CV-03364-FCD-KJM |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA F/K/A COUNTRYWIDE BANK, FSB TO RESPOND TO COMPLAINT** |
| v. | |
| BANK OF AMERICA f/k/a COUNTRYWIDE BANK, FSB, et al., | **[Local Rule 6-144]** |
| Defendants. | |

**STIPULATION**

This Stipulation is entered into by Plaintiff SERGIO RAMIREZ ( "Plaintiff") and Defendant COUNTRYWIDE HOME LOANS, INC. ("CHL") as successor in interest to Countrywide Bank, FSB, erroneously named as Bank of America f/k/a Countrywide Bank, FSB.

WHEREAS, on December 3, 2009, Plaintiff filed his Complaint in this Court;

WHEREAS, pursuant to Local Rule 6-144(a), on December 22, 2009, Plaintiff and CHL agreed to a 20-day extension of time for CHL to file its response to the Complaint;

WHEREAS, pursuant to Local Rule 6-144(a) of the Eastern District of California, Plaintiff has granted CHL a 20-day extension until January 19, 2010 to respond to the Complaint, and the parties now seek this Court's approval;

NOW, THEREFORE, Plaintiff and CHL desire and hereby **STIPULATE** that CHL shall have until, and including, January 19, 2010 to respond to Plaintiff's Complaint in this matter.

**IT IS SO STIPULATED.**

Dated: December 21, 2009               **LAW OFFICES OF SHARON L. LAPIN**
                                       Sharon L. Lapin

                                       By: /s/ Sharon L. Lapin
                                           Sharon L. Lapin
                                           Attorney for Plaintiff
                                           SERGIO RAMIREZ

Dated: December 21, 2009               **BRYAN CAVE LLP**
                                       James Goldberg
                                       Thomas E. Nanney
                                       Robert E. Boone III

                                       By: /s/ James Goldberg
                                           James Goldberg
                                           Attorneys for Defendant
                                           COUNTRYWIDE HOME LOANS, INC.

**<u>ORDER</u>**

Having reviewed the Stipulation of Plaintiff SERGIO RAMIREZ and Defendant COUNTRYWIDE HOME LOANS, INC. as successor in interest to Countrywide Bank, FSB, erroneously named as Bank of America f/k/a Countrywide Bank, FSB, and good cause appearing, IT IS ORDERED THAT Defendant COUNTRYWIDE HOME LOANS, INC. shall have until, and including, January 19, 2010 to respond to the Complaint in this matter.

Dated:  December 29, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE